STATE OF NEW JERSEY v. MATTHEW GREENHAUSE.

July 15, 1980.

Petition for certification granted. (See 172 *N.J.Super.* 388)

STATE OF NEW JERSEY v. MATTHEW GREENHAUSE.

July 15, 1980.

Cross-Petition for certification granted. (See 172 *N.J.Super.* 388)

STATE OF NEW JERSEY v. NICHOLAS BARRISE.

July 15, 1980.

Petition for certification granted. (See 173 *N.J.Super.* 549)

STATE OF NEW JERSEY v. NICHOLAS BARRISE.

July 15, 1980.

Cross-Petition for certification granted. (See 173 *N.J.Super.* 549)